UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FREDERICK LANGROCK, <br> Petitioner, <br> v. <br> GEOFF DEAN, Ventura County Sheriff, <br> Respondent. | Case No. CV 17-01434 BRO (RAO) <br><br> JUDGMENT |

Pursuant to the Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

IT IS SO ORDERED.

DATED: May 11, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge